IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOSE M. ROCHA,

        Plaintiff,                       No. CIV S-09-3489 KJM P

     vs.

D. DEXTER, et al.,

        Defendants.              <u>ORDER</u>

/

        Plaintiff, a California prisoner proceeding pro se, has filed a civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff's complaint concerns events occurring at two prisons located within the jurisdiction of the United States District Court for the Central District of California. Witnesses and documents relating to plaintiff's claims will, for the most part, be found within the jurisdiction of the Central District. Also, plaintiff is currently housed in a Central District prison, therefore, if injunctive relief is appropriate concerning plaintiff's current conditions of confinement, such relief would most likely be directed to plaintiff's current place of incarceration. For these reasons, the court will order that this case be transferred to the Central District pursuant to 28 U.S.C. § 1404.

/////

/////

1

Accordingly, IT IS HEREBY ORDERED that this matter is transferred to the United States District Court for the Central District of California.

DATED: December 10, 2010.

_____
U.S. MAGISTRATE JUDGE