UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| JOSE M. ROCHA,<br><br>           Plaintiff,<br><br>      v.<br><br>D. DEXTER, Warden, et al.,<br><br>           Defendants. | No. CV 10-9597-PSG (PLA)<br><br>**JUDGMENT** |

Pursuant to the order adopting the Final Report and Recommendation of the United States Magistrate Judge, IT IS ADJUDGED that this action is dismissed without leave to amend and with prejudice.

DATED: July 11, 2011

_____
HONORABLE PHILIP S. GUTIERREZ
UNITED STATES DISTRICT JUDGE